# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DEREK CLINTON DENTON**                                                                 **PETITIONER**
Reg # 16253-076

VS.                               NO. 2:10CV00043-JMM-BD

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner Derek Clinton Denton's petition for writ of habeas corpus (#1) is DISMISSED with prejudice, this   16   day of   July  , 2010.

_____
UNITED STATES DISTRICT JUDGE