# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DEREK CLINTON DENTON**                                                         **PETITIONER**
**Reg # 16253-076**

**VS.**                            **NO. 2:10CV00043-JMM-BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                        **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this  16  day of  July , 2010.


_____
UNITED STATES DISTRICT JUDGE